### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELWYN KARP,<br><br>                Plaintiff,<br><br>    v.<br><br>WSFS FINANCIAL CORPORATION, ANAT BIRD, JENNIFER W. DAVIS, MICHAEL J. DONAHUE, NANCY J. FOSTER, FRANCIS B. BRAKE, KAREN DOUGHERTY BUCHHOLZ, ELEUTHÈRE I. DU PONT, CHRISTOPHER T. GHEYSENS, RODGER LEVENSON, DAVID G. TURNER, AND MARVIN N. SCHOENHALS,<br><br>                Defendants. | Case No.: 1:21-cv-00605-CFC |

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses with prejudice the above-captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion of summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this Notice.

Dated: March 8, 2022

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10016
Tel.: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

**BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
1204 N. King Street
Wilmington, DE 19801
Telephone: (302) 803-4600
Facsimile: (302) 397-2557
Email: rernst@bk-legal.com

*Attorneys for Plaintiff*